IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JENISA A. BRENNECKE, Individually and
as Special Administrator of the Estate of
MARLEEN L. COMISKEY, and

JENISA A. BRENNECKE, Individually and
as Special Administrator of the Estate of M.
MARIE COMISKEY

Case No.: 18-cv-00883

        Plaintiff,

v.

GERTRUDE F. LUDMER,

U-HAUL INTERNATIONAL, INC.,
c/o The Corporation Trust Company of
Nevada

INTACT INSURANCE CO.

        Defendants.

---

## DEFENDANT INTACT INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 the undersigned, counsel of record for Defendant Intact Insurance Company states as follows:

Defendant Intact Insurance Company is a wholly owned subsidiary of 8658471 Canada Inc. which is itself a subsidiary of Intact Financial Corporation, a Canadian publicly held corporation traded on the Toronto Exchange.

This 25th day of January, 2019.

        Respectfully submitted,

        **LEWIS BRISBOIS BISGAARD & SMITH**

        By: _____
              Intact Insurance Co.'s Attorneys

Timothy J. Young (Wis. Bar. No. 1014437)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, IL 60661
P: (312) 345-1718
F: (312) 345-1778
Tim.Young@lewisbrisbois.com